Certificate Number: 15317-PAW-DE-032893447

Bankruptcy Case Number: 19-70284



15317-PAW-DE-032893447

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 20, 2019, at 7:51 o'clock AM PDT, Thomas E Papcunik completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 30, 2019              By: /s/Lea Sorino

                                Name: Lea Sorino

                                Title: Counselor