Certificate Number: 15317-PAW-DE-032893448

Bankruptcy Case Number: 19-70284



15317-PAW-DE-032893448

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 20, 2019, at 7:51 o'clock AM PDT, Rhoda Papcunik completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 30, 2019             By:    /s/Lea Sorino

                                Name:  Lea Sorino

                                Title: Counselor