UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | |
|---|---|
| IN RE: Thomas Edward Papcunik<br>Rhoda N. Papcunik<br>　　　　　　　　Debtor(s) | Bankruptcy No. 19-70284-JAD<br><br>Chapter 7 |
| Quicken Loans Inc.<br>　　　　　　　　Movant<br>v.<br>Thomas Edward Papcunik<br>Rhoda N. Papcunik<br>　　　　　　　　Respondent(s)<br>and<br>James R. Walsh Esquire, Trustee<br>　　　　　　　　Additional Respondents | Related to Doc. No. 16 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 20th day of August, 2019, upon Motion of Quicken Loans Inc., it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 145 Gilbert Street, Johnstown, PA 15906 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____   mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
　James C. Warmbrodt, Esquire
　Thomas E. and Rhoda N. Papcunik
　Forrest B. Fordham, III, Esquire
　James R. Walsh, Esquire
　Office of United States Trustee

FILED
8/20/19 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-70284-JAD
Thomas Edward Papcunik                                              Chapter 7
Rhoda N. Papcunik
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: culy              Page 1 of 1              Date Rcvd: Aug 20, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db/jdb         +Thomas Edward Papcunik,   Rhoda N. Papcunik,   1014 Verla Drive,   Windber, PA 15963-4931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              Forrest B. Fordham, III    on behalf of Debtor Thomas Edward Papcunik FFordhamlaw@msn.com,
               fordham-law@hotmail.com
              Forrest B. Fordham, III    on behalf of Joint Debtor Rhoda N. Papcunik FFordhamlaw@msn.com,
               fordham-law@hotmail.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;Tr
               usteeWalsh@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5